IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN D'AGOSTINO,<br><br>    Respondent. | No. 2:18-CV-3135-DMC-P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge and to update the docket to reflect the new case number.

Dated: May 13, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1